HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re: DANIEL GOMEZ
172 FENCSAK AVENUE
ELMWOOD PARK,  NJ  07407

Atty: HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
Chapter 13 Case # 24-20667

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,360.00**

## RECEIPTS AS OF 01/15/2026     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/31/2024 | $260.00 | | 01/21/2025 | $260.00 | |
| 01/31/2025 | $260.00 | | 03/03/2025 | $260.00 | |
| 03/31/2025 | $260.00 | | 05/01/2025 | $260.00 | |
| 06/06/2025 | $260.00 | | 07/08/2025 | $260.00 | |
| 08/06/2025 | $260.00 | | 09/09/2025 | $260.00 | |
| 10/07/2025 | $260.00 | | 11/06/2025 | $260.00 | |
| 12/08/2025 | $260.00 | | 01/07/2026 | $260.00 | |

**Total Receipts: $3,640.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,640.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026     (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 205.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,200.00 | 100.00% | 3,434.60 | 765.40 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,006.46 | * | 0.00 | |
| 0007 | MIDFIRST BANK | (NEW) Prepetition | 2,713.41 | 100.00% | 0.00 | |
| 0009 | DISCOVER BANK | UNSECURED | 8,069.93 | * | 0.00 | |
| 0010 | DISCOVER BANK | UNSECURED | 9,484.76 | * | 0.00 | |
| 0017 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 1,426.42 | * | 0.00 | |
| 0024 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | GRAIN TECHNOLOGY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-20667**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0032 | LIBERTY SAVINGS FCU | UNSECURED | 5,154.23 | * | 0.00 | |
| 0041 | NAVY FEDERAL CREDIT UNION | VEHICLE SECURE | 291.26 | 100.00% | 0.00 | |
| 0042 | NAVY FEDERAL CREDIT UNION | UNSECURED | 26,059.46 | * | 0.00 | |
| 0043 | NAVY FEDERAL CREDIT UNION | UNSECURED | 1,072.54 | * | 0.00 | |
| 0051 | NETCREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | NISSAN-INFINITI LT | VEHICLE SECURE | 160.50 | 100.00% | 0.00 | |
| 0061 | SUNRISE BANKS | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,389.84 | * | 0.00 | |
| 0070 | RESURGENT CAPITAL SERVICES | UNSECURED | 816.26 | * | 0.00 | |
| 0071 | NAVY FEDERAL CREDIT UNION | UNSECURED | 7,477.64 | * | 0.00 | |
| 0072 | LIBERTY MED ASSOCIATES LLC | UNSECURED | 125.00 | * | 0.00 | |

**Total Paid: $3,640.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 16, 2026.

Receipts: $3,640.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $3,640.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.