UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Nissan Motor Acceptance Company*
*LLC fka Nissan Motor Acceptance Corporation*
*as servicer for Nissan-Infinity LT LLC fka*
*Nissan-Infiniti LT*

In re:

Daniel Gomez

                                                    Debtor.

**Order Filed on March 10, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter: 13

Case No.: 24-20667-VFP

Hearing Date: March 5, 2026

Judge Vincent F. Papalia

## CONSENT ORDER RESOLVING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 10, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:          Daniel Gomez
Case No.:        24-20667-VFP
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicer for Nissan-Infinity LT LLC fka Nissan-Infiniti LT ("Creditor"), and whereas the underlying is current post-petition as of March 2, 206, and whereas the Debtors and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **2023 Nissan Rogue AWD, VIN: 5N1BT3AB4PC864099** provided that the Debtors comply with the following:

   a.   The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the March 16, 2026 payment** and continuing thereon per the terms of the underlying Contract.

2.      All payments due hereunder shall be sent directly to Creditor at the following address: **Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, Texas 75266-0366**.

3.      The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a), and permitting Creditor to exercise any rights under the loan documents with respect to the above vehicle.

5.       Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Kevin Delyon*
Kevin Delyon, Esq.
7 Glenwood Ave
Suit #408, 4th Floor
East Orange, NJ 07017
*Counsel for Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*