UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Nissan Motor Acceptance Company*
*LLC fka Nissan Motor Acceptance Corporation*
*as servicer for Nissan-Infinity LT LLC fka*
*Nissan-Infiniti LT*

In re:

Daniel Gomez

Debtor.

Order Filed on March 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 24-20667-VFP

Hearing Date: March 5, 2026

Judge Vincent F. Papalia

## CONSENT ORDER RESOLVING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 10, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:          Daniel Gomez
Case No.:        24-20667-VFP
Caption of Order:   **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicer for Nissan-Infinity LT LLC fka Nissan-Infiniti LT ("Creditor"), and whereas the underlying is current post-petition as of March 2, 206, and whereas the Debtors and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **2023 Nissan Rogue AWD, VIN: 5N1BT3AB4PC864099** provided that the Debtors comply with the following:

   a. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the March 16, 2026 payment** and continuing thereon per the terms of the underlying Contract.

2.      All payments due hereunder shall be sent directly to Creditor at the following address: **Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, Texas 75266-0366**.

3.      The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a), and permitting Creditor to exercise any rights under the loan documents with respect to the above vehicle.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$250.00 and $199.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Kevin Delyon*                                    */s/Gavin N. Stewart*
Kevin Delyon, Esq.                                 Gavin N. Stewart, Esq.
7 Glenwood Ave                                     Stewart Legal Group, P.L.
Suit #408, 4th Floor                                401 East Jackson Street, Suite 2340
East Orange, NJ 07017                           Tampa, FL 33602
*Counsel for Debtor*                              *Counsel for Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 24-20667-VFP

Daniel Gomez                                                                                    Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

**Recip ID**           **Recipient Name and Address**
db             +  Daniel Gomez, 172 Fencsak Avenue, Elmwood Park, NJ 07407-1234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

**Name**           **Email Address**

Denise E. Carlon
          on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
          on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation
          bk@stewartlegalgroup.com

Herbert B. Raymond
          on behalf of Debtor Daniel Gomez herbertraymond@gmail.com
          raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
          magecf@magtrustee.com

Michael R. DuPont
          on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 10, 2026                       Form ID: pdf903                              Total Noticed: 1

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
                          on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com

William M.E. Powers, III
                          on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com


TOTAL: 8