UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

In Re:

DANIEL GOMEZ, DEBTOR(S)

Case No.:   24-20667 (VFP)

Adv. No.:

Hearing Date:

Judge: Vincent Papalia

**Order Filed on April 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: April 13, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Daniel Gomez,  Debtor(s)

Case no.  24-20667 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$999.99** for services rendered and expenses in the amount **$0.00**  for a total of **$999.99.**  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED AS FOLLOWS:

**$260 per month for eighteen (18) months**

**$307 per month for eighteen (18) months starting May 2026**

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 24-20667-VFP

Daniel Gomez                                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                      Page 1 of 2

Date Rcvd: Apr 13, 2026               Form ID: pdf903                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID**                **Recipient Name and Address**
db                      +   Daniel Gomez, 172 Fencsak Avenue, Elmwood Park, NJ 07407-1234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Gavin Stewart

           on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation
           bk@stewartlegalgroup.com

Herbert B. Raymond

           on behalf of Debtor Daniel Gomez herbertraymond@gmail.com
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg

           magecf@magtrustee.com

Matthew K. Fissel

           on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Michael R. DuPont

           on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 13, 2026                       Form ID: pdf903                               Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
                        on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com

William M.E. Powers, III
                        on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com


TOTAL: 8